JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN RAMIREZ MARTINEZ, | Case No. EDCV 17-1904-AB (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| J. SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: April 19, 2018

HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge